# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL PACK | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. WMN-11-1181 |
| MTA OFFICER ANJANETTE JONES | : | |
| Respondent | : | |

o0o

## **MEMORANDUM**

Michael Pack complains that in 2003, he was unlawfully arrested without a bench warrant by Officer Anjanette Jones. Pack requests damages of $50 million as relief. In support, Pack has submitted a photocopy of a $30 fine citation issued in 2003 by the Maryland Mass Transit Administration to "Michael Lawrence Poole" for failure to provide proof of payment of fare, a blank arrest warrant form, and a Pretrial Release Determination from 2008 addressed to "Michael Lawrence Poole."

Pack is a frequent self-represented litigator who has filed dozens of cases in this court concerning the incidents identical or related to those alleged in this complaint.[1] Many of these cases addressed the same or similar facts as are provided here and were found without merit or dismissed outright.

In his complaint and attachments, Pack provides no record that he was arrested without a

---

[1] *See e.g. Pack v. Officer Anjanette Jones,* ELH-11-837 (D. Md); *Pack v. Officer Anjanette Jones,* RDB-11-657 (D. Md); *Pack v. Officer Anjanette Jones, et al,* WDQ-11-325*; Pack v. MTA Officer Anjanette Jones,* L-11-18 (D. Md); *Pack v MTA Officer Anjanette Jones*, WMN-11-522 (D. Md); *Pack v. Public Safety & Correctional Services Department, et al*, Civil Action No. CCB-09-2911 (D. Md.); *Pack v. O'Malley*, Civil Action No. WDQ-09-2912 (D. Md); *Pack v. State of Maryland,* Civil Action No. L-09-2400; *Pack v. Baltimore City Police Department*, WDQ-09-2223 (D. Md); *Pack v. State of Maryland*, RDB-09-1018 (D. Md.), *Pack v. Baltimore City Police*, AMD-09-518 (D. Md.), *Pack v.Weidefield*, JFM-09-208 (D. Md.); *Pack v. Maryland Transit Administration*, AMD-08-3097 (D. Md); *Pack v. Commissioner Frederick Bealefield*, CCB-08-2625 (D. Md); and *Pack v. Commissioner Frederick Bealefield*, WMN-08-3067 (D. Md.).

warrant or that his rights under the Fourth Amendment were otherwise violated.  Pack does not allege that he is also known as "Michael Lawrence Poole."  Pack's relationship with Poole," if any, is unstated.

The Court will grant Pack's motion to proceed in forma pauperis and dismiss the complaint pursuant to 28 U.S.C. § 1915(e) (2) (B) (i) and (ii). Pack's repetitive filings are vexatious and abusive.  If Pack continues to file frivolous and vexatious complaints, his pleadings may be reviewed and returned to him without docketing.  *See Pack v. Baltimore City Police Department*, Civil Action No. WDQ-09-1484 (D. Md); *see also Cromer v. Kraft Foods N. Am., Inc.,* 390 F.3d 812, 814 (4th Cir. 2004); *see* 28 U.S.C. § 1651(a) (while a court is to impose a pre-filing injunction "sparingly," a pre-filing injunction may be warranted under "exigent circumstances, such as a litigant's continuous abuse of the judicial process by filing meritless and repetitive actions."  "[F]ederal courts have the power and obligation to protect themselves from abusive filing of frivolous and repetitive claims." *McMahon v. F/M. Bank-Winchester*, 45 F.3d 426 (4th Cir.1994) (unpublished).  "The [C]ourt has a responsibility to prevent single litigants from unnecessarily encroaching on the judicial machinery needed by others." *See Procup v. Strickland*, 792 F.2d 1069, 1073 (11th Cir. 1986) (*en banc*).  A separate order follows.

|  |  |
|---|---|
| | /s/ |
| _5/24/11_ | _____ |
| Date | William M. Nickerson |
| | Senior United States District Judge |